Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

Request GRANTED. Defendant AMC shall answer or otherwise respond to the Complaint by August 17, 2026.

Dated: July 22, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon
**JENNIFER L. ROCHON**
**United States District Judge**

July 21, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re: *Mitchell v. American Multi-Cinema, Inc., et al.*,**
**Civil Action No.: 1:26-cv-03994**

Dear Judge Rochon:

This firm represents Defendant American Multi-Cinema, Inc. ("AMC") in the above-referenced matter. We write, with the consent of Plaintiff Adhiambo A. Mitchell ("Plaintiff"), to respectfully request a 30-day extension of the deadline for AMC to respond to the Amended Complaint, up to and including August 17, 2026.

By way of background, Plaintiff filed the Complaint on May 14, 2026, 2026. (ECF No. 1.) On June 16, 2026, Plaintiff filed an Amended Complaint. On July 20, 2026, Plaintiff filed an Affidavit of Service of Summons and Amended Complaint (the "Affidavit") reflecting purported service on AMC through the New York Secretary of State's office on June 25, 2026. (ECF No. 12.) Therefore, AMC's response to the Amended Complaint was due on or before July 16, 2026. *See* Fed. R. Civ. P 12(a)(1)(A)(i).

AMC received actual notice of this purported service when Plaintiff filed the Affidavit yesterday, July 20, 2026. The undersigned thereafter immediately contacted counsel for Plaintiff to request consent for an extension of the responsive pleading deadline, and Plaintiff has consented to a 30-day extension of this deadline. Based on the apparent expiration of this deadline without AMC's knowledge, extraordinary circumstances exist to explain why AMC is requesting an extension of time after the original deadline, as per Rule 1(F) of this Court's Individual Rules of Practice in Civil Cases.

Thus, to provide sufficient time for AMC to investigate the allegations, review pertinent lease documents as respects its landlord, and prepare a response, AMC respectfully requests an extension to August 17, 2026 to respond to Plaintiff's Amended Complaint. This application is being filed in good faith, and not to cause undue delay.

This is AMC's first application for an extension of time to respond to the Amended Complaint that, if granted, would not affect any scheduled dates or deadlines. There are currently no other scheduled appearances before the Court. The undersigned has conferred with counsel for Plaintiff, who consents to this request.

We thank the Court for its time and attention to this matter, and for its consideration of this application.

Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ John W. Egan*
John W. Egan

cc: All counsel of record (via ECF)