Seyfarth

**Seyfarth Shaw LLP**
620 Eighth Avenue
New York, New York 10018
**T** (212) 218-5500
**F** (212) 218-5526

jegan@seyfarth.com
T (212) 218-5291

www.seyfarth.com

Request GRANTED. The parties' initial pretrial conference, currently scheduled for September 16, 2026, is ADJOURNED to October 21, 2026, at 11:00 a.m. The parties shall submit their joint letter and proposed case management plan ahead of that conference in accordance with this Court's Individual Rules.

Dated: September 3, 2026
New York, New York

**SO ORDERED.**

Jennifer Rochon

**JENNIFER L. ROCHON**
**United States District Judge**

September 2, 2026

**VIA ECF**

Hon. Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

**Re:** ***Mitchell v. American Multi-Cinema, Inc., et al.*****,**
**Civil Action No.: 1:26-cv-03994**

Dear Judge Rochon:

This firm represents Defendant American Multi-Cinema, Inc. ("AMC") in the above-referenced matter. We write, jointly with Plaintiff Adhiambo A. Mitchell ("Plaintiff") (collectively, the "Parties"), to respectfully request a 30-day adjournment of the Rule 16 Initial Pretrial Conference scheduled for September 16, 2026, and the corresponding deadline of September 4, 2026 to submit the joint letter and proposed civil case management plan and scheduling order ("CMP").

By way of background, Plaintiff filed the Complaint on May 14, 2026, which it amended on June 16, 2026. (ECF Nos. 1, 8.) On July 20, 2026, Plaintiff filed an Affidavit of Service of Summons and Amended Complaint reflecting service on Defendant HUSA Management Co., LLC ("HUSA") on June 25, 2026. (ECF No. 13.) HUSA has not responded to the Complaint by the deadline of July 16, 2026. *See* Fed. R. Civ. P 12(a)(1)(A)(i). On August 17, 2026, AMC filed its Answer, Affirmative and Other Defenses, and Crossclaims asserted against HUSA ("AMC's Crossclaims"). (ECF No. 21.) On August 25, 2026, AMC served HUSA with this pleading, as well as the Notice of Initial Pretrial Conference. (ECF No. 25.) Accordingly, HUSA's response to AMC's Crossclaims is due on or before September 15, 2026, *see* Fed. R. Civ. P 12(a)(1)(B). The Initial Pretrial Conference ("IPC") is scheduled for September 16, 2026, and the joint letter and proposed CMP are due on September 4, 2026.

To date, HUSA has not appeared in this action. AMC is in the process of communicating with HUSA, its Landlord, to address its participation in this action, including responding to the pleadings identified above. To provide sufficient time for the Parties to meet and confer with HUSA in this regard, and in connection with the joint preparation of the pre-IPC submissions, the

Parties respectfully request a 30-day adjournment of the IPC to October 16, 2026 or another date that is convenient for the Court.

This is the parties' first application for an adjournment of the IPC that, if granted, would not affect any scheduled dates or deadlines. This application is being filed in good faith, and not to cause undue delay. There are currently no other scheduled appearances before the Court. We thank the Court for its time and attention to this matter, and for its consideration of this application.

Very truly yours,

**SEYFARTH SHAW LLP**

*/s/ John W. Egan*

John W. Egan

**THE WEITZ LAW FIRM, P.A.**

*/s/ B. Bradley Weitz*

B. Bradley Weitz